# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HELPING HANDS WELLNESS CENTER, | Case No.: 2:19-cr-00881-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 7) |
| LUSINE DANAYAN, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's sealed motion to seal. Docket No. 7. A motion to seal itself should generally not be filed under seal. *See Old Republic Ins. Co. v. City Plan Dev., Inc.*, 2017 WL 5076515, at *2 (D. Nev. Nov. 2, 2017); *In re Western States Wholesale Nat'l Gas Antitrust Litig.*, 2016 WL 4944086, at *1 n.1 (D. Nev. Sept. 14, 2016). Moreover, the motion to seal does not identify the applicable standard or explain how it has been satisfied, and does not set forth which portions of the exhibit Plaintiff asks the Court to allow it to redact. Accordingly, the motion to seal is **STRICKEN**. To the extent Plaintiff seeks to have the underlying materials considered, it must file a proper motion to seal on the public docket that discusses the applicable standard and sets forth the requested redactions, and shall separately file under seal the underlying materials.

IT IS SO ORDERED.

DATED: June 4, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE