Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
Nick Adams
Nevada Bar No. 14813
nadams@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendants, Lusine Danayan and Jack Danayan

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| HELPING HANDS WELLNESS CENTER, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUSINE DANAYAN, an individual; JACK DANAYAN, an individual,<br><br>Defendants. | Case No. 2:19-CV-00881-JCM-NJK<br><br>**STIPULATION AND ORDER TO STAY LITIGATION**<br><br>The Hon. James C. Mahan<br><br>Trial Date:    None Set |

## STIPULATION AND ORDER TO STAY LITIGATION

LUSINE DANAYAN and JACK DANAYAN (hereinafter "Defendants") and HELPING HANDS WELLNESS CENTER, INC., a Nevada Corporation (hereinafter "Plaintiff") (collectively, "the Parties") by and through their respective counsel, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

1. That the litigation in the entitled matter, *Helping Hands Wellness Center, Inc. v. Lusine Danayan, et al.*, Case No. 2:19-cv-00881-JCM-NJK ("the Action") shall be stayed through July 5, 2019 to allow the parties further time to attempt to resolve the instant matter and not incur unnecessary litigation fees and costs.

2. That Defendants' opposition to Plaintiff's Emergency Motion to Remand to State Court [**ECF No. 5**], which is currently due on June 11, 2019, will now be due on Monday, July 8, 2019 in the event the parties do not file a notice of settlement on or before July 5, 2019 or seek a further stay of the instant matter. Plaintiff's reply brief shall be due on or before July 10, 2019.

3. That Defendants' Opposition to Motion for Preliminary Injunction [**ECF No. 6**], which is currently due on June 17, 2019, will now be due on or before Monday, July 15, 2019 in the event the parties do not file a notice of settlement on or before July 5, 2019 or seek a further stay of the instant matter. Plaintiff's reply brief shall be due on or before July 20, 2019.

4. That Defendants' responsive pleading to Plaintiff's Complaint, which is currently due on or before June 13, 2019, will now be due on Monday, July 15, 2019 unless the parties seek a further stay of the matter.

5. Defendants agree not to file a motion to disqualify Plaintiff's counsel at any time during the agreed upon stay through July 5, 2019.

6. Defendants shall submit a timely and adequate resolution proposal to Plaintiff no later than Friday, June 14, 2019 at 5:00 p.m. In the event that Defendants fail to timely submit an adequate resolution proposal, Plaintiff can seek to lift the stay prior to July 5, 2019.

7. The Parties agree that the instant Stipulation and Order for Stay of Litigation shall not be construed as a waiver of any claims. Instead, the Stipulation and Order is merely a vehicle for the parties to attempt to resolve the instant matter.

/ / /

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

LEGAL:10795-0020/11879369.1     -2-     Case No. 2:19-CV-00881-JCM-NJK
STIPULATION AND ORDER TO STAY LITIGATION

The parties hereto further agree that this Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original.

| | |
|---|---|
| **JK LEGAL & CONSULTING, LLC** | **WOOD SMITH HENNING & BERMAN, LLP** |
| By:*/s/ Jared Kahn*<br>Jared Kahn, Esq.<br>Nevada Bar No. 12603<br>9205 W. Russell Road, Suite 240<br>Las Vegas, Nevada 89148<br>***Attorneys for Plaintiff, Helping Hands Wellness Center, Inc.*** | By:*/s/ Christina M. Mamer*<br>Joel D. Odou, Esq.<br>Nevada Bar No. 7468<br>Christina M. Mamer, Esq.<br>Nevada Bar No. 13181<br>Nick F. Adams, Esq.<br>Nevada Bar No. 14813<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128<br>***Attorneys for Defendants, Lusine Danayan and Jack Danayan*** |

## **ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER TO STAY LITIGATION in the above-entitled matter and for good cause appearing therefor:

**IT IS SO ORDERED** that the litigation in the above-referenced matter be stayed through July 5, 2019 unless further stayed by stipulation of the parties.

**IT IS SO ORDERED** that Defendants' Opposition to Plaintiff's Emergency Motion to Remand to State Court [**ECF No. 5**], which is currently due on June 11, 2019, will now be due on Monday, July 8, 2019 in the event the parties do not file a notice of settlement on or before July 5, 2019 or seek a further stay of the instant matter. Plaintiff's reply brief shall be due on or before July 10, 2019.

**IT IS SO ORDERED** that Defendants' Opposition to Motion for Preliminary Injunction [**ECF No. 6**], which is currently due on June 17, 2019, will now be due on or before Monday, July 15, 2019 in the event the parties do not file a notice of settlement on or before July 5, 2019 or seek a further stay of the instant matter. Plaintiff's reply brief shall be due on or before July 20, 2019.

**IT IS SO ORDERED** that Defendants' responsive pleading to Plaintiff's Complaint, which is currently due on or before June 13, 2019, will now be due on Monday, July 15, 2019 unless the parties

seek a further stay of the instant matter.

**IT IS SO ORDERED** that Defendants are precluded from filing a motion to disqualify Plaintiff's counsel at any time during the agreed upon stay through July 5, 2019.

**IT IS SO ORDERED** that Defendants shall submit a timely and adequate resolution proposal to Plaintiff no later than Friday, June 14, 2019 at 5:00 p.m. In the event that Defendants fail to timely submit an adequate resolution proposal, Plaintiff can seek to lift the stay prior to July 5, 2019.

**IT IS SO ORDERED** that that the instant Stipulation and Order for Stay of Litigation shall not be construed as a waiver of any claims. Instead, the Stipulation and Order is merely a vehicle for the parties to attempt to resolve the instant matter.

Dated: June 17, 2019.

_____
UNITED STATES DISTRICT JUDGE