Jared Kahn, Esq.
Nevada Bar # 12603
JK Legal & Consulting, LLC
9205 West Russell Rd., Suite 240
Las Vegas, NV 89148
P: (702) 708-2958
F: (866) 870-6758
jkahn@jk-legalconsulting.com

*Attorneys for Helping Hands
   Wellness Center, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELPING HANDS WELLNESS CENTER, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUSINE DANAYAN, an individual; JACK DANAYAN, an individual.<br><br>Defendants. | CASE NO: 2:19-CV-00881-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINES**<br><br>**(First Request)** |

## STIPULATION AND ORDER TO EXTEND REPLY DEADLINES

HELPING HANDS WELLNESS CENTER, INC., ("Plaintiff") and LUSINE DANAYAN and JACK DANAYAN (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff's Reply to the Defendants' Response (ECF No. 12) to the Motion for Preliminary Injunction (ECF No. 5) shall be extended from July 22, 2019 to be due on or before August 22, 2019.

2. Plaintiff's Reply to the Defendants' Response (ECF No. 15) to the Motion for Preliminary Injunction (ECF No. 6) shall be extended from July 22, 2019 to be due on or before August 22, 2019.

| | |
|---|---|
| **JK Legal & Consulting, LLC** | **WOOD SMITH HENNING & BERMAN, LLP** |
| By: /s/ Jared Kahn, Esq.<br>Jared B. Kahn, Nevada Bar # 12603<br>9205 W. Russell Rd., Suite 240<br>Las Vegas, NV 89148<br>jkahn@jk-legalconsulting.com<br>*Attorneys for Plaintiff* | By: /s/ Joel Odou, Esq.<br>Joel Odou, Esq., Nevada Bar # 7468<br>2881 Business Park Court, Suite 200<br>Las Vegas, NV 89128<br>*Attorneys for Defendants* |

## ORDER

The Court having reviewed the foregoing STIPULATION AND ORDER TO EXTEND REPLY DEADLINES in the above-entitled matter and for good cause appearing therefor:

**IT IS SO ORDERED** that the Plaintiff's Reply to Defendant's Response to the Motion to Remand (ECF No. 6), which is currently due July 22, 2019, will now be due on or before August 22, 2019.

**IT IS SO ORDERED** that the Plaintiff's Reply to Defendant's Response to the Motion for Preliminary Injunction (ECF No. 5), which is currently due July 22, 2019, will now be due on or before August 22, 2019.

DATED: 7/22/19

_____
District Court Judge James C. Mahan