Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Nicholas F. Adams
Nevada Bar No. 14813
nadams@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Defendants, Lusine Danayan and Jack Danayan

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| HELPING HANDS WELLNESS CENTER, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUSINE DANAYAN, an individual; JACK DANAYAN, an individual,<br><br>　　　　Defendants. | Case No. 2:19-CV-00881-JCM-NJK<br><br>**WOOD, SMITH, HENNING & BERMAN LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY CHRISTINA M. MAMER FROM SERVICE LIST**<br><br>The Hon. James C. Mahan<br><br>Trial Date: None Set |

COME NOW, Defendants, LUSINE DANAYAN and JACK DANAYAN (hereinafter "Defendants"), by and through their attorneys of record, WOOD, SMITH, HENNING & BERMAN LLP ("Wood Smith") hereby submit their Motion for Removal of only Attorney CHRISTINA M. MAMER, from electronic service list as an Attorney for Defendants.

Christina M. Mamer was previously employed by Wood Smith. As Ms. Mamer is no longer employed by Wood Smith, and is no longer involved in this case, we respectfully request that she be removed from the electronic service list.

/ / /

/ / /

/ / /

This instant Motion is filed for the sole purpose of requesting removal of only Attorney Christina M. Mamer from the electronic service list. The specific e-mail address is as follows:

(1) cmamer@wshblaw.com

DATED: September 13, 2019  WOOD, SMITH, HENNING & BERMAN LLP

By: _/s/ Joel D. Odou_
JOEL D. ODOU
NICHOLAS F. ADAMS
Attorneys for Defendants,
Lusine Danayan and Jack Danayan

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 16, 2019