# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELPING HANDS WELLNESS CENTER, INC., <br><br>  Plaintiff(s), <br><br> v. <br><br> LUSINE DANAYAN, <br><br> Defendant(s). | Case No.: 2:19-cv-00881-JCM-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than September 24, 2019.

IT IS SO ORDERED.

Dated: September 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge